UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In Re:

ALPENA COLLISION SERVICE, INC.,    Case No. 13-21731
    Chapter 11
    Hon. Daniel S. Opperman
      Debtor.

**UNITED STATES' OBJECTION TO THE DEBTOR'S COMBINED PLAN AND
DISCLOSURE STATEMENT**

The United States of America, by and through its attorneys, Barbara L. McQuade,

United States Attorney for the Eastern District of Michigan, and Julia A. Caroff,

Assistant United States Attorney, on behalf of the Internal Revenue service (IRS), a

creditor and party in interest, hereby objects to the confirmation of Debtor's Combined

Plan and Disclosure Statement (Plan), for the following reasons:

    1.    The debtor filed a petition for protection under Chapter 11 of the

Bankruptcy Code on June 26, 2013, and filed this Plan on May 1, 2014.

    2.    On October 23, 2013, the IRS filed a proof of claim.  On March 18, 2014,

the IRS filed an amended proof of claim totaling $195,160.34.  This proof of claim

consists of a secured claim of $172,623.85, a priority claim of $17,225.42 and general

unsecured claim of $5,311.07.  These claims consist of employment taxes that the debtor

has failed to pay over the past eleven years.

3.     The Debtor is continuing to run the business and has failed to make federal tax deposits for 2014, indicating that the business cannot be reorganized.

4.     On April 21, 2014, the IRS filed an Administrative proof of claim in the amount of $3,907.68.  In paragraph B, Class 1 – Administrative Claims for Professional Fees and other Administrative Claims, the plan proposes to pay the IRS's administrative claim from the sale proceeds after payment to secured creditors. This administrative claim must be paid in full in cash on the effective date of the plan, as required by 11 U.S.C. §1129(a)(9)(A).  The United States objects to the plan's failure to provide for the full payment in cash of the IRS's administrative claim on the plan's effective date.

5.     The plan states on page 6 that IRS's secured claim will "receive distributions to the extent of available sale proceeds and to the extent of its allowed portion of its claim from sale proceeds."  To the extent that these tax liabilities are for taxes that the debtor collected or withheld from its employee's earnings, these taxes must be paid in full in regular installments of cash, as required by 11 U.S.C. §1129(a)(9)C)(iii).   Moreover, as the holder of a secured claim, the United States must receive deferred cash payments in at least the allowed amount of its claim as of the effective date.  11 U.S.C. § 1129 (b)(2)(A)(i)(II). To meet these requirements, the debtor should make monthly payments in the amounts of $3,820.91 on the IRS's secured claim and $482.81 a month on IRS's priority claim.  A speculative future sale does not meet either requirement for the treatment of these secured tax claims.

6.     Page 9 of the plan states that there had been a purchase agreement of substantially all of the assets, but acknowledges that the sale did not take place.  The

2

distribution projections and other information in the plan accordingly are estimates only, and the timing and amount of actual distributions to allowed claim holders may be affected by many factors that cannot be predicted. The plan appears to lack feasibility since the success of this plan hinges on the sale of the business and at this time there are no potential buyers. As a visionary scheme, the plan is likely to be followed by liquidation or the need for further reorganization and should not be confirmed. 11 U.S.C. § 1129 (a)(11).

Wherefore, the United States respectfully requests that confirmation of the debtor's Chapter 11 Plan be denied and such other relief as the Court deems just.

Dated: June 9, 2014                                      BARBARA L. McQUADE
                                                         United States Attorney


                                                         /s/Julia A. Caroff
                                                         JULIA A. CAROFF
                                                         Assistant U.S. Attorney
                                                         211 W. Fort Street, Suite 2001
                                                         Detroit, Michigan 48226
                                                         Phone: (313) 226-9772
                                                         E-mail: Julia.Caroff@usdoj.gov
                                                         Penna. Bar No. 37949